FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 30 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JEWELTEX MANUFACTURING INC. )
RETIREMENT PLAN, Individually and On Behalf ) **CASE NO. 19-CV-02020-WFK-PK**
of All Others Similarly Situated, )
)
)
Plaintiff, )
vs. )
) **NOTICE OF VOLUNTARY**
) **DISMISSAL**
THE BOEING COMPANY, DENNIS A. )
MUILENBURG, ROBERT A. BRADWAY, )
DAVID L. CALHOUN, ARTHUR D. COLLINS, )
JR., KENNETH M. DUBERSTEIN, ADMIRAL )
EDMUND P. GIAMBASTIANI, JR., LYNN J. )
GOOD, NIKKI R. HALEY, LAWRENCE W. )
KELLNER, CAROLINE B. KENNEDY, )
EDWARD M. LIDDY, SUSAN C. SCHWAB, )
RONALD A. WILLIAMS, and MIKE S. )
ZAFIROVSKI, )
Defendants. )
)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jeweltex Manufacturing Inc. Retirement Plan ("Plaintiff") voluntarily dismisses the above-captioned Action. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: New York, New York
April 29, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**
Stuart J. Guber
Alex B. Heller
1617 John F. Kennedy Blvd., Suite 1550
Philadelphia, Pennsylvania 19103
(215) 277-5770
(215) 277-5771 (Fax)

**WEISSLAW LLP**
/s/ Mark D. Smilow
Mark D. Smilow
Joseph H. Weiss
1500 Broadway, 16th Floor
New York, New York 10036
(212) 682-3025
(212) 682-3010 (Fax)

*Attorneys for Plaintiff*

The application is ✓ granted. / denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: April 29, 2019
Brooklyn, New York